UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLARD OWENS, et al.,                    )
                                          )
              Plaintiffs,                 )
                                          )
       vs.                                )        Case No. 4:03CV52 RWS
                                          )
CITY OF ST. LOUIS, et al.,                )
                                          )
              Defendants.                 )

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants are

granted summary judgment in this matter on Plaintiffs' procedural due process claims.  Plaintiffs'

claims under the takings clause of the United States Constitution and for inverse condemnation

are **DISMISSED** without prejudice.  Plaintiff Hayes and Pugh's cross-claim for fraud is also

**DISMISSED** without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 18th day of August, 2005.